UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | | |
|---|---|---|---|---|
| Case No. | EDCV 22-01677-SPG(SPx) | JS-6 | Date | February 10, 2023 |
| Title | Geri Rauchelle Patterson v. Ur M. Jaddou | | | |

| Present: The Honorable | SHERILYN PEACE GARNETT  UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE**

    On January 17, 2023, the Court issued an Order to Show Cause Re Dismissal for Lack of Prosecution. Plaintiff filed a Declaration on January 31, 2023, at ECF. No. [13]. A Notice of Deficiency was filed on February 1, 2023. Plaintiff's Declaration was struck due to non-compliance to Local Rule 11-3.8.   To date no other response has been filed. For this reason, the case is dismissed without prejudice.

    **IT IS SO ORDERED.**

                                                                                                                                                                                                                                                       :

Initials of Preparer   pg